# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Taddonio, Gregory L. | U.S. Bankruptcy Court, Western District of Pennsylvania | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active Full-Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

5490 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 05/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Alliance Physical Therapy and Rehabilitation - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Education Savings Account #1 (H) | | | | | | | | | |
| 2. - American Funds 529 Coll Enroll (CENAX) | A | Dividend | K | T | Buy (add'l) | 01/10/20 | J | | |
| 3. | | | | | Sold (part) | 02/14/20 | J | A | |
| 4. | | | | | Sold (part) | 03/05/20 | J | A | |
| 5. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 6. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 7. | | | | | Sold (part) | 05/29/20 | J | A | |
| 8. | | | | | Sold (part) | 08/11/20 | J | A | |
| 9. | | | | | Sold (part) | 09/11/20 | J | A | |
| 10. | | | | | Sold (part) | 09/17/20 | J | A | |
| 11. | | | | | Sold (part) | 10/13/20 | J | A | |
| 12. | | | | | Sold (part) | 11/10/20 | J | A | |
| 13. | | | | | Sold (part) | 12/09/20 | K | B | |
| 14. Education Savings Account #2 (H) | | | | | | | | | |
| 15. - American Funds 529 Coll Enroll (CENAX) | D | Dividend | M | T | Buy (add'l) | 01/10/20 | J | | |
| 16. | | | | | Sold (part) | 02/14/20 | J | A | |
| 17. | | | | | Sold (part) | 03/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 19. | | | | | Buy<br>(add'l) | 04/23/20 | J | | |
| 20. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 21. | | | | | Sold<br>(part) | 08/13/20 | K | C | |
| 22. | | | | | Sold<br>(part) | 09/17/20 | J | A | |
| 23.   - American Funds New Perspective<br>(CBPAX) | | | | | Buy | 01/10/20 | J | | |
| 24. | | | | | Sold | 03/13/20 | J | A | |
| 25.   - American Funds The Growth Fund of<br>America (CGFAX) | | | | | Buy | 01/10/20 | J | | |
| 26. | | | | | Sold | 03/13/20 | J | A | |
| 27.   - American Funds Washington Mutual<br>Investors Fund (CWMAX) | | | | | Buy | 01/10/20 | J | | |
| 28. | | | | | Sold | 03/13/20 | J | A | |
| 29.   Education Savings Account #3 (H) | | | | | | | | | |
| 30.   - American Funds 529 Coll Enroll<br>(CENAX) | B | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 31. | | | | | Sold<br>(part) | 01/14/20 | K | A | |
| 32. | | | | | Sold<br>(part) | 01/16/20 | J | A | |
| 33. | | | | | Sold<br>(part) | 02/14/20 | J | A | |
| 34. | | | | | Sold<br>(part) | 03/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 04/17/20 | J | A | |
| 36. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |
| 37. | | | | | Sold<br>(part) | 08/18/20 | K | B | |
| 38. | | | | | Sold<br>(part) | 09/17/20 | J | A | |
| 39. | | | | | Sold<br>(part) | 10/20/20 | J | A | |
| 40. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 41. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 42. | | | | | Sold<br>(part) | 12/16/20 | J | A | |
| 43. Education Savings Account #4 (H) | | | | | | | | | |
| 44. - American Funds 2024 College Fund 529 Fund (CFTAX) | D | Dividend | M | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |
| 46. - American Funds Capital Income Builder (CIRAX) | A | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |
| 48. - American Funds New Perspective Fund (CNPAX) | B | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |
| 50. - American Funds The Growth Fund of America (CGFAX) | B | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 53. | Education Savings Account #5 (H) | | | | | | | | | |
| 54. | - American Funds New Perspective (ANWPX) | A | Dividend | J | T | | | | | |
| 55. | - American Funds The Growth Fund of America (AGTHX) | A | Dividend | J | T | | | | | |
| 56. | - American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | | | | | |
| 57. | - American Funds Capital World Growth and Income Fund (CWGIX) | A | Dividend | J | T | | | | | |
| 58. | - Morgan Stanley Bank Money Market Account | A | Interest | J | T | | | | | |
| 59. | Education Savings Account #6 (H) | | | | | | | | | |
| 60. | - American Funds New Perspective (ANWPX) | | | | | Sold | 05/06/20 | J | B | |
| 61. | - American Funds New World Class (NEWFX) | | | | | Sold | 05/06/20 | J | A | |
| 62. | - American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | Sold<br>(part) | 05/06/20 | J | A | |
| 63. | - American Funds Capital World Growth and Income Fund (CWGIX) | A | Dividend | J | T | | | | | |
| 64. | - Morgan Stanley Bank Money Market Account | A | Interest | J | T | | | | | |
| 65. | Education Savings Account #7 (H) | | | | | | | | | |
| 66. | - American Funds New Perspective (ANWPX) | A | Dividend | J | T | | | | | |
| 67. | - American Funds The Growth Fund of America (AGTHX) | A | Dividend | J | T | | | | | |
| 68. | - American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - American Funds Capital World Growth and Income Fund (CWGIX) | A | Dividend | J | T | | | | | |
| 70.  IRA #1 (H) | | | | | | | | | |
| 71.  - American Funds Capital Income Builder (CAIBX) | B | Dividend | L | T | | | | | |
| 72.  - American Funds Investment Company of America (AIVSX) | B | Dividend | L | T | | | | | |
| 73.  - American Funds New Perspective (ANWPX) | B | Dividend | L | T | | | | | |
| 74.  - American Funds New World Class (NEWFX) | A | Dividend | K | T | | | | | |
| 75.  - American Funds The Growth Fund of America (AGTHX) | B | Dividend | L | T | | | | | |
| 76.  - American Funds Washington Mutual Investors (AWSHX) | B | Dividend | L | T | | | | | |
| 77.  - Morgan Stanley Bank Money Market Account | A | Interest | J | T | | | | | |
| 78.  - American Balanced (ABALX) | C | Dividend | L | T | | | | | |
| 79.  - America Bond Fund of America (ABNDX) | B | Dividend | L | T | | | | | |
| 80.  - American AMCAP (AMCPX) | B | Dividend | L | T | | | | | |
| 81.  - American Income Fund of America (AMECX) | B | Dividend | L | T | | | | | |
| 82.  - American Balanced Fundamental Inv (ANCFX) | B | Dividend | L | T | | | | | |
| 83.  - American International Growth and Income Fund (IGAAX) | A | Dividend | L | T | | | | | |
| 84.  - American Smallcap World (SMCWX) | A | Dividend | K | T | | | | | |
| 85.  - American INTM Bd Fd of America (AIBAX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. - American High Income Trust (AHITX) | A | Dividend | K | T | | | | | |
| 87. - American Cap World Bond (CWBFX) | B | Dividend | K | T | | | | | |
| 88. - Strategic Bond (ANBAX) | A | Dividend | K | T | | | | | |
| 89. IRA #2 (H) | | | | | | | | | |
| 90. - American Funds New Perspective (ANWPX) | A | Dividend | K | T | | | | | |
| 91. - American Funds The Growth Fund of America (AGTHX) | B | Dividend | K | T | | | | | |
| 92. Brokerage #1 (H) | | | | | | | | | |
| 93. - American Funds Capital Income Builder (CAIBX) | B | Dividend | K | T | | | | | |
| 94. - American Funds New Perspective (ANWPX) | B | Dividend | L | T | | | | | |
| 95. - American Funds The Growth Fund of America (AGTHX) | C | Dividend | L | T | | | | | |
| 96. - Morgan Stanley Bank Money Market Account | A | Interest | J | T | | | | | |
| 97. - American Balanced (ABALX) | A | Dividend | K | T | | | | | |
| 98. - American Bond Fund of America (ABNDX) | A | Dividend | J | T | | | | | |
| 99. Brokerage #2 (H) | | | | | | | | | |
| 100. - American Funds New Perspective (ANWPX) | A | Dividend | J | T | | | | | |
| 101. - American Funds The Growth Fund of America (AGTHX) | A | Dividend | J | T | | | | | |
| 102. - American Balanced (ABALX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Brokerage #3 (H) | | | | | | | | | |
| 104. - American Funds New Persepctive (ANWPX) | A | Dividend | J | T | | | | | |
| 105. - American Funds Washington Mutual Investors (AWSHX) | A | Dividend | J | T | | | | | |
| 106. - American Balanced (ABALX) | A | Dividend | J | T | | | | | |
| 107. Brokerage #4 (H) | | | | | | | | | |
| 108. - American Funds New Perspective (ANWPX) | A | Dividend | J | T | | | | | |
| 109. - American Funds Washington Mutual Investors (AWSHX) | A | Dividend | J | T | | | | | |
| 110. - American Balanced (ABALX) | A | Dividend | J | T | | | | | |
| 111. PNC Bank, N.A. Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/05/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Gregory L. Taddonio**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544